IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  Case Nos. 1:17-cr-26-AW-GRJ
 1:20-cv-43-AW-GRJ

**WILLIAM LONNIE JENKINS**
_____/

# O R D E R

I have reviewed the magistrate judge's April 23, 2020 Report and Recommendation. ECF No. 93. There have been no objections.

In 2018, the court sentenced William Lonnie Jenkins to 185 months. ECF No. 81. A few months later, Jenkins filed his *pro se* "Motion to Correct Unconstitutional Sentence." ECF No. 83. Based on the relief the motion sought, I directed that it be docketed as a § 2255 motion and assigned to the magistrate judge. ECF No. 88.

As the magistrate judge correctly noted, to recharacterize a motion as a § 2255 motion, a court must (1) provide notice to movant of the possible recharacterization, (2) warn the movant that the recharacterization will limit subsequent § 2255 motions, and (3) give the movant an opportunity to withdraw the motion or amend it to include all available § 2255 claims. *Castro v. United States*, 540 U.S. 375 (2003). The magistrate judge afforded proper notice as Castro requires, directing Jenkins to file an amended § 2255 motion (on the proper form) if he wished to pursue § 2255 relief. ECF No. 90. It directed him to file a request for voluntary dismissal if

he did *not* wish to pursue § 2255 relief. Jenkins did neither. The magistrate judge issued another order, again directing a response. ECF No. 92. Jenkins did not respond to that order either.

I agree with the magistrate judge that the § 2255 proceeding should be dismissed without prejudice for failure to comply with a court order. The clerk will terminate the motion (ECF No. 89) and enter a judgment in the civil case that says "This § 2255 case is dismissed without prejudice for failure to comply with a court order." The clerk will then close both case files.

SO ORDERED on July 2, 2020.

                                      s/ *Allen Winsor*
                                      United States District Judge